UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Heaven Thompson, et al.
                         Plaintiff,

v.                                                   Case No.: 1:23−cv−03717
                                                              Honorable Thomas M. Durkin

Amazon.com, Inc., et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 21, 2024:

      MINUTE entry before the Honorable Thomas M. Durkin: The telephone status hearing set for 3/22/2024 is vacated. A written status report on all other Genetic Information Privacy Act cases in federal and state court where there is a dispositive motion pending is due by 4/22/2024. Discovery remains stayed. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.