UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEAVEN THOMPSON, CHRISTINA POST, and MORGAN BENOIT, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON SERVICES, LLC,<br><br>Defendants. | Case No. 1:23-CV-03717<br><br>**Hon. Thomas M. Durkin** |

## STATUS REPORT

Plaintiffs Heaven Thompson, Christina Post, and Morgan Benoit ("**Plaintiffs**"), by and through their undersigned counsel, submit this Status Report in accordance with the Court's March 21, 2024 Order (ECF No. 26) seeking a written status report on all other Genetic Information Privacy Act ("**GIPA**") cases in federal and state court where there is a dispositive motion pending. An index of all such matters that the undersigned has personal knowledge of is provided below.

### I. FEDERAL GIPA CASES

| Caption | Status of Dispositive Motion |
|---|---|
| *Weller v. Sagility, LLC.*, Case No. 1:23-cv-15626 (N. D. Ill.) (Shah, M.) | On March 25, 2024, the Court entered an order denying Defendant's Motion to Dismiss Plaintiff's Class Action Complaint (Dkt. No. 19). |

1

| | |
|---|---|
| *Bailey, et al. v. Tyson Foods, Inc., et al.*, Case No. 1:23-cv-01537 (N. D. Ill.) (Valderrama, F.) | On July 14, 2023, Defendants filed a Motion to Dismiss Plaintiffs' First Amended Class Action Complaint (Dkt. No. 25). Plaintiffs filed an opposition brief on August 9, 2023 (Dkt. No. 29). Defendants filed a reply brief on August 23, 2023 (Dkt. No. 30).<br><br>The motion is pending. |
| *Thompson, et al. v. Amazon.com, Inc., et al.*, Case No. 1:23-CV-03717 (N. D. Ill.) (Durkin, T.) | On July 19, 2023, Defendants filed a Motion to Dismiss Plaintiffs' Class Action Complaint (Dkt. No. 10). Plaintiffs filed an opposition brief on October 11, 2023 (Dkt. No. 19). Defendants filed a reply brief on November 13, 2023 (Dkt. No. 22).<br><br>The motion is pending. |
| *Branson, et al. v. Caterpillar Inc.*, Case No. 1:23-cv-14329 (N. D. Ill.) (Shah, M.) | On January 22, 2024, Defendant filed a Motion to Dismiss Plaintiffs' First Amended Class Action Complaint (Dkt. No. 28). Plaintiffs filed an opposition brief on February 27, 2024 (Dkt. No. 36). Defendant filed a reply brief on March 19, 2024 (Dkt. No. 41).<br><br>The motion is pending. |
| *Williams v. Protestant Memorial Medical Center, Inc.*, Case No. 1:23-CV-15611 (N. D. Ill.) (Durkin, T.) | On January 30, 2024, Defendant filed a Motion to Dismiss Plaintiff's Class Action Complaint (Dkt. No. 24). Plaintiff filed an opposition brief on February 28, 2024 (Dkt. No. 30). Defendant filed a reply brief on March 19, 2024 (Dkt. No. 33).<br><br>The motion is pending. |
| *McKnight, et al. v. United Airlines, Inc., et al.*, Case No. 1:23-CV-16118 (N. D. Ill.) (Coleman, S.) | On February 9, 2024, Defendants filed a Motion to Dismiss Plaintiffs' Class Action Complaint (Dkt. No. 27). Plaintiffs filed an opposition brief on March 15, 2024 (Dkt. No. 29). Defendants filed a reply brief on April 5, 2024 (Dkt. No. 30).<br><br>The motion is pending. |
| *Harris-Morrison v. Sabert Corporation*, Case No. 1:23-CV-16120 (N. D. Ill.) (Chang, E.) | On November 27, 2023, Defendant filed a Motion to Dismiss Plaintiff's Class Action Complaint (Dkt. No. 7). Plaintiff filed an opposition brief on January 9, 2024 (Dkt. No. 15). Defendant filed a reply brief on January 24, 2024 (Dkt. No. 22).<br><br>The motion is pending. |

| | |
|---|---|
| *Taylor, et al. v. Union Pacific Railroad Company*, Case No. 1:23-CV-16404 (N. D. Ill.) (Coleman, S.) | On January 5, 2024, Defendant filed a Motion to Dismiss Plaintiffs' Class Action Complaint (Dkt. No. 11). Plaintiffs filed an opposition brief on February 5, 2024 (Dkt. No. 17). Defendant filed a reply brief on February 20, 2024 (Dkt. No. 18).<br><br>The motion is pending. |
| *Meeks v. Norfolk Southern Railway Company*, Case No. 1:23-CV-16425 (N. D. Ill.) (Wood, A.) | On February 14, 2024, Defendant filed a Motion to Dismiss Plaintiff's Class Action Complaint (Dkt. No. 16). Plaintiff filed an opposition brief on March 22, 2024 (Dkt. No. 20).<br><br>On April 11, 2024, Defendant filed a motion to extend the deadline to file a reply brief from April 12, 2024, to April 26, 2024, which is pending (Dkt. No. 21). |
| *Henry v. AbbVie, Inc.*, Case No. 1:23-CV-16830 (N. D. Ill.) (Shah, M.) | On February 27, 2024, Defendant filed a Motion to Dismiss Plaintiff's Class Action Complaint (Dkt. No. 17). Plaintiff filed an opposition brief on April 9, 2024 (Dkt. No. 24).<br><br>Defendant's reply brief on presently due on May 7, 2024 (Dkt. No. 21). |
| *Piecuch v. Delta Airlines, Inc.*, Case No. 1:24-CV-00202 (N. D. Ill.) (Tharp, J.) | On February 14, 2024, Defendant filed a Motion to Dismiss Plaintiff's Class Action Complaint (Dkt. No. 16). Plaintiff filed an opposition brief on March 15, 2024 (Dkt. No. 21). Defendant filed a reply brief on April 5, 2024 (Dkt. No. 22).<br><br>The motion is pending. |
| *Johnson v. Pacific Life Insurance Company*, Case No. 1:24-CV-01057 (N. D. Ill.) (Seeger, S.) | On April 11, 2024, Defendant filed a Motion to Dismiss Plaintiff's First Amended Class Action Complaint (Dkt. No. 17). Presently, no briefing schedule has been set for the motion. |
| *Koziol v. Befesa Zinc US Inc.*, Case No. 1:24-CV-01310 (N. D. Ill.) (Cummings, J.) | On March 27, 2024, Defendant filed a Motion to Dismiss Plaintiff's Class Action Complaint (Dkt. No. 13). Plaintiff's opposition brief is presently due by April 26, 2024, and Defendant's reply brief is presently due by May 10, 2024 (Dkt. No. 15). |

## II. STATE GIPA CASES

| Caption | Status of Dispositive Motion |
|---|---|
| *Basden v. OSF Healthcare System, et al.*, Case No. 2023CH07646 (Cir. Ct. of Cook Cnty., Illinois) | On March 11, 2024, the Court entered an order denying Defendants' Motion to Dismiss Plaintiff's Class Action Complaint. |
| *Mendoza v. Advocate Health and Hospitals Corporation, et al.*, Case No. 2023CH07844 (Cir. Ct. of Cook Cnty., Illinois) (consolidated with Case No. 2023CH10155) | On December 12, 2023, Defendants filed a Combined Motion to Dismiss Plaintiff's Class Action Complaint and Motion for Summary Judgment. Plaintiff filed an opposition brief on January 18, 2024. Defendants filed a reply brief on February 23, 2024.<br><br>The motion is pending. No hearing has been set for oral argument at this time. |
| *Wade v. Advocate Health and Hospitals Corporation*, Case No. 2023CH10155 (Cir. Ct. of Cook Cnty., Illinois) (consolidated with Case No. 2023CH07844) | On February 21, 2024, Defendants filed a Combined Motion to Dismiss Plaintiff's Class Action Complaint and Motion for Summary Judgment.<br><br>Plaintiff's opposition brief is due May 28, 2024. Defendant's reply is due June 26, 2024. |
| *Garner v. Little City Foundation*, Case No. 2023CH07911 (Cir. Ct. of Cook Cnty., Illinois) | On March 21, 2024, Defendant filed a Motion to Dismiss Plaintiff's Class Action Complaint. On April 22, 2024, Plaintiff filed an opposition brief.<br><br>Defendant's reply brief is presently due May 6, 2024. |
| *Berry v. Loretto Hospital*, Case No. 2023CH08032 (Cir. Ct. of Cook Cnty., Illinois) | On January 3, 2024, Defendant filed a Motion to Dismiss Plaintiff's Class Action Complaint. On February 5, 2024, Plaintiff filed an opposition brief. On February 20, 2024, Defendant filed a reply brief.<br><br>A hearing has been set for oral argument on May 1, 2024. |

| | |
|---|---|
| *Williams v. The Peoples Gas Light and Coke Company*, Case No. 2023CH08058 (Cir. Ct. of Cook Cnty., Illinois) | On December 29, 2023, Defendant filed a Motion to Dismiss Plaintiff's Class Action Complaint. On February 5, 2024, Plaintiff filed an opposition brief. On February 20, 2024, Defendant filed a reply brief.<br><br>On March 14, 2024, the Court heard oral argument. The matter was taken under advisement and set for ruling on June 20, 2024. |
| *Gavin, et al. v. Board of Education of the City of Chicago*, Case No. 2023CH08935 (Cir. Ct. of Cook Cnty., Illinois) | On January 11, 2024, Defendant filed a Motion to Dismiss Plaintiffs' Class Action Complaint. On February 14, 2024, Plaintiffs filed an opposition brief. On February 28, 2024, Defendant filed a reply brief.<br><br>A hearing has been set for oral argument on May 21, 2024. |
| *Henry v. The Segerdahl LLC, D/B/A SG360*, Case No. 2023CH09167 (Cir. Ct. of Cook Cnty., Illinois) | On January 16, 2024, Defendant filed a Motion to Dismiss Plaintiff's Class Action Complaint. On February 14, 2024, Plaintiffs filed an opposition brief. On March 6, 2024, Defendant filed a reply brief.<br><br>A hearing has been set for oral argument on May 6, 2024. |

Date: April 22, 2024

By:   /s/*Kyle D. McLean*

David J. DiSabato
Kyle D. McLean (ARDC 6344126)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151-0099
Tel: (212) 532-1091
*ddisabato@sirillp.com*
*kmclean@sirillp.com*

Edward A. Wallace
Mark R. Miller
Molly C. Wells
**WALLACE MILLER**
150 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511

Tel: (312) 261-6193
*eaw@wallacemiller.com*
*mrm@wallacemiller.com*
*mrm@wallacemiller.com*

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on April 22, 2024, I caused a copy of the foregoing to be filed with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will provide electronic notice to all counsel of record.

/s/Kyle D. McLean