

# United States District Court
# Northern District of Illinois

In the Matter of

Heaven Thompson

v.

Amazon.com, Inc. et al

District Judge John F. Kness

Case No. 23-CV-3717

Designated Magistrate Judge
Beth W. Jantz

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

I request the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my request are indicated on the bottom of this form.

_____

**Judge Thomas M. Durkin**

Date: Friday, May 3, 2024

---

- 28:294(b) I transfer this case to the Executive Committee for reassignment to another judge pursuant to the provisions of 28 USC 294(b). The receiving judge will receive equalization credit.

Dated: Friday, May 3, 2024

District Reassignment - By Lot

...................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS: