**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LATRONYA WILLIAMS AND SHEMAR TUCKER, individually and on behalf of themselves and all others similarly situated, | Case No. 1:23-cv-3717 |
| Plaintiffs. | Judge John F. Kness |
| v. | Magistrate Judge Jeffrey T. Gilbert |
| AMAZON.COM, INC. and AMAZON.COM SERVICES LLC, | |
| Defendants. | |

## JOINT STATUS REPORT

In accordance with the Court's February 13, 2026 Order (ECF No. 76), Plaintiffs LaTronya Williams and Shemar Tucker (collectively, "Plaintiffs"), and Defendants Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Defendants" or "Amazon"), by and through their undersigned counsel, submit this Joint Status Report:

On March 6, 2026, the parties reached agreement on the material terms of settlement of Plaintiffs' claims in this action. The parties have not finalized the settlement but are working diligently and in good faith to finalize and execute the written settlement agreement.

Dated: March 19, 2026

Respectfully submitted,

By:  /s/ Rachel Minder (via email consent)

Edward A. Wallace
*eaw@wallacemiller.com*
Mark R. Miller
*mrm@wallacemiller.com*
Molly C. Wells
*mrm@wallacemiller.com*
**WALLACE MILLER**
200 West Madison St., Suite 3400
Chicago, IL  60606-1511

Kent Williams
*kent.williams@sirillp.com*
Jordan Underhill
*junderhill@sirillp.com*
Rachel Minder
*rminder@sirillp.com*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: (212) 532-1091

*Counsel for Plaintiffs LaTronya Williams and
Shemar Tucker*

By:  /s/ Amanda J. Witt

Sari Alamuddin
*sari.alamuddin@morganlewis.com*
Amanda J. Witt
*amanda.witt@morganlewis.com*
**MORGAN, LEWIS & BOCKIUS LLP**
110 North Wacker Drive, Suite 2800
Chicago, IL  60606-1511
Tel: (312) 324-1000
Fax: (312) 324-1001

*Counsel for Defendants Amazon.com, Inc.,
and Amazon.com Services LLC*

2