**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LATRONYA WILLIAMS AND SHEMAR TUCKER, individually and on behalf of themselves and all others similarly situated, | Case No. 1:23-cv-3717 |
| Plaintiffs. | Judge John F. Kness |
| v. | Magistrate Judge Jeffrey T. Gilbert |
| AMAZON.COM, INC. and AMAZON.COM SERVICES LLC, | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs LaTronya Williams and Shemar Tucker and Defendants Amazon.com, Inc. and Amazon.com Services LLC, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this lawsuit with prejudice, with each party to pay its own attorney's fees and costs.

Dated: June 10, 2026

Respectfully submitted,

By:    /s/ Rachel Minder (via email consent)          By:    /s/ Amanda J. Witt

Edward A. Wallace
*eaw@wallacemiller.com*
Mark R. Miller
*mrm@wallacemiller.com*
Molly C. Wells
*mrm@wallacemiller.com*
**WALLACE MILLER**
200 West Madison St., Suite 3400
Chicago, IL 60606-1511

Kent Williams
*kent.williams@sirillp.com*
Jordan Underhill
*junderhill@sirillp.com*
Rachel Minder
*rminder@sirillp.com*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: (212) 532-1091

*Counsel for Plaintiffs LaTronya Williams and
Shemar Tucker*

Sari Alamuddin
*sari.alamuddin@morganlewis.com*
Amanda J. Witt
*amanda.witt@morganlewis.com*
**MORGAN, LEWIS & BOCKIUS LLP**
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Tel: (312) 324-1000
Fax: (312) 324-1001

*Counsel for Defendants Amazon.com, Inc.,
and Amazon.com Services LLC*